IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **COLLIERS INTERNATIONAL** | : | CASE NO. _____ |
| 865 S. Figueroa Street | | |
| Suite 3500 | : | |
| Los Angeles, California 90017 | | JUDGE _____ |
| | : | |
| **Plaintiff,** | | |
| | : | |
| v. | | |
| | : | |
| **THE UNITED STATES** | | |
| **DEPARTMENT OF THE ARMY** | : | |
| Serve: Colonel Richard Hatch | | |
| U.S. Army Legal Services Agency | : | |
| Litigation Division | | |
| 901 N. Stuart Street | : | |
| Suite 400 | | |
| Arlington, VA 22203-1821 | | |
| | | |
| **Defendant.** | | |

## COMPLAINT FOR INJUNCTIVE RELIEF

1.   This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for injunctive and other appropriate relief seeking the disclosure and release of agency records improperly withheld from the Plaintiff by the Defendant, The Department of Army, Corps of Engineers ("Army").

## JURISDICTION AND VENUE

2.   This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B) and §§ 701 through 706. This Court also has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 2201, and 2202. Venue lies in this District under 5 U.S.C. § 552(a)(4)(B).

3.   Colliers is a corporation, which, among other things, provides real estate and financial advisory services to government agencies.

4.    The Army is an independent administrative agency within the Executive Branch of the United States Government. The Army is an agency within the meaning of 5 U.S.C. § 552(f).

**PLAINTIFF'S FOIA REQUEST AND DEFENDANT'S FAILURE TO RESPOND**

5.    On January 31, 2008, Plaintiff submitted a FOIA request for records pertaining to the Army's Audit Agency report of Delivery Order No. DACA31-02-F-0081, which was completed sometime in 2008. The request also included the following:

(a)    Copies of any and all other audits, investigations, analyses, or inquiries performed by any Army agency, command or headquarters, including those produced by contractors, that were consulted or considered during the audit of Delivery Order No. DACA31-02-F-0081 or any modifications thereto and/or concerning the Build-To-Lease program, Camp Humphreys, Korea;

(b)    Any and all orders or directives received by any Army audit agency personnel from superiors and/or any other Army or DOD official concerning the audit of Delivery Order No. DACA31-02-F-0081 or any modifications thereto;

(c)    Any and all communications, memoranda, informational and/or decisional briefings including, but not limited to, writings, electronic mail, and briefing slides and briefing notes, concerning the audit of Delivery Order No. DACA31-02-F-0081 or any modifications thereto and/or concerning the Build-To-Lease program, Camp Humphreys, Korea;

(d)    Any and all notes, minutes, or other memoranda produced as a result of Army audit agency personnel's participation in any meetings, telephone conversations, briefings, or other verbal conversations or communications concerning the audit of Delivery Order No. DACA31-02-F-0081 or any modifications thereto and/or concerning the Build-To-Lease program, Camp Humphreys, Korea;

(e)    Any and all requests for information received by Army audit agency personnel from whatever source concerning the audit of Delivery Order No. DACA31-02-F-0081 or any modifications thereto in the reply to those requests.

6.    On or about February 8, 2008, the Defendant informed the Plaintiff that it was denying Plaintiff's FOIA request. (Attached as Exhibit 1.)

7. By letter dated April 4, 2008, Plaintiff timely filed an administrative appeal of the Army's February 8, 2008 response to its FOIA request with the Department of Army.

8. By letter of May 2, 2008, an inquiry to the Army was made as to the status of the appeal and the Army's response and/or for an explanation of a delay pursuant to A-R 25-55, § 5-303 and 5-304. (Attached as Exhibit 2.)

9. The Army never responded to the administrative appeal or inquiry dated May 2, 2008.

## ARMY'S BAD FAITH FAILURE TO COMPLY WITH FOIA

10. The Army's response violates AR 25-55, § 5-204 and is arbitrary, capricious and contrary to law.

11. The Army's Application of FOIA Exemption (b)(5) as grounds to refuse release of records was arbitrary, capricious and contrary to law.

12. The Plaintiff Colliers exhausted all applicable administrative remedies with respect to its FOIA requests.

13. The Army failed to comply with its administrative remedy procedures in failing to respond to the FOIA appeal filed on April 4, 2008 and failing to respond to Plaintiff Colliers inquiry as to when it would receive a response from the Army and and/or explanation for the Army's delay in its response.

14. The Defendant Army has wrongfully withheld the requested records from Plaintiff Colliers.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Colliers International respectfully request that this Court:

(a) Order Defendant Army to disclose requested records in their entirety and make copies available to the Plaintiff;

(b) Issue an order finding that the Defendant Army's actions were in bad faith, arbitrary, capricious and contrary to law;

(c) Provide for expeditious proceedings in this action;

(d) Award Plaintiff Colliers International its costs and reasonable attorney's fees incurred during the administrative proceedings and in this action; and

(e) Grant such other relief as the Court may deem just and proper.

Respectfully submitted,

_____
Michael P. Foley (OH0019)
Christopher J. Aluotto (OH0018)
Trial Attorneys for Plaintiff,
Colliers International
RENDIGS, FRY, KIELY & DENNIS, L.L.P.
One West Fourth Street, Suite 900
Cincinnati, OH 45202-3688
Phone:   513/381-9200
Fax:     513/381-9206
E-Mail:  mfoley@rendigs.com
         cja@rendigs.com

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Colliers International
865 W. Figueroa Street, Suite 3500
Los Angeles, CA 90071

## DEFENDANTS
The United States Department of the Army
US Army Legal Services Agency
Litigation Division
901 N. Stuart Street, Suite 400
Arlington, VA 22202-1821

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Arlington
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael P. Foley, Esq.
Christopher J. Aluotto, Esq.
Rendigs, Fry, Kiely & Dennis, LLP
One West Fourth Street, Suite 90
Cincinnati, Ohio 45202

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/* *2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA* *(non-employment)* | ○ L. *Other Civil Rights* *(non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. § 552(a)(4)(B) §§ 701-706 FOIA action failure of agency to respond.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 05/22/2008   SIGNATURE OF ATTORNEY OF RECORD /s/

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.