CO-386-online
10/03

# United States District Court
# For the District of Columbia

COLLIERS INTERNATIONAL,           )
                                  )
                                  )
                                  )
            Plaintiff              )      Civil Action No._____
    vs                            )
                                  )
THE UNITED STATES                 )
DEPARTMENT OF THE ARMY,           )
                                  )
            Defendant             )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff, Colliers International__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Colliers International__ which have any outstanding securities in the hands of the public:

Colliers International is a worldwide affiliation of independently owned and operated companies. Each affiliate conducts business under the name Colliers International. The affiliate in Los Angeles was formerly known as Colliers Seeley International, Inc. a California corporation until late November 2005 when 82.51% of Colliers Seeley International, Inc., a California corporation was acquired and is now held by CMN Inc., a Washington corporation. CMN Inc., a Washington corporation is 100% held by CMN Holdings (USA) Inc., a Delaware corporation. This entity is held by FirstService Commercial Real Estate Services Inc., an Ontario corporation. This entity is held by FirstService Corporation (listed on the Toronto Stock Exchange) and FirstService Corporation (USA) listed on NASDAQ: FSRV) both of which are public companies.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

OH0019
_____
BAR IDENTIFICATION NO.

Michael P. Foley
_____
Print Name

1 West Fourth Street, Suite 900
_____
Address

Cincinnati, Ohio  45202
_____
City        State      Zip Code

(513) 381-9309
_____
Phone Number