AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

COLLIERS INTERNATIONAL

        Plaintiff(s)       )    **APPEARANCE**

        vs.       )    CASE NUMBER    1:08-cv-00880

UNITED STATES DEPARTMENT OF THE ARMY

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Christopher J. Aluotto   as counsel in this
                                   (Attorney's Name)

case for:   Plaintiff, Colliers International
            (Name of party or parties)

05/30/2008
Date

*(signature)*
Signature

OH0018
BAR IDENTIFICATION

Christopher J. Aluotto
Print Name

One West Fourth Street, Suite 900
Address

Cincinnati, Ohio   45202
City          State          Zip Code

(513) 381-9269
Phone Number