IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **COLLIERS INTERNATIONAL**<br>865 S. Figueroa Street<br>Suite 3500<br>Los Angeles, California 90017<br><br>**Plaintiff,**<br><br>v.<br><br>**THE UNITED STATES**<br>**DEPARTMENT OF THE ARMY**<br>Serve: Colonel Richard Hatch<br>U.S. Army Legal Services Agency<br>Litigation Division<br>901 N. Stuart Street<br>Suite 400<br>Arlington, VA  22203-1821<br><br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO. 1:08-cv-00880 HHK**<br><br><br><br><u>**AFFIDAVIT OF SERVICE**</u> |

I, Christopher J. Aluotto, hereby declare that on the 30th day of May, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Colonel Richard Hatch, U.S. Army Legal Services Agency, Litigation Division, 901 North Stuart Street, Suite 400, Arlington, Virginia 22203-1821.  Attached, and marked as Exhibit A,  is the certified green card acknowledging service on June 2, 2008.

/s/ Christopher J. Aluotto
_____
Michael P. Foley (OH0019)
Christopher J. Aluotto (OH0018)
Trial Attorneys for Plaintiff,
Colliers International
RENDIGS, FRY, KIELY & DENNIS, L.L.P.
One West Fourth Street, Suite 900
Cincinnati, OH 45202-3688
Phone:    513/381-9200
Fax:        513/381-9206
E-Mail:    mfoley@rendigs.com
                cja@rendigs.com



**EXHIBIT A**