AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Colliers International
865 S. Figueroa Street, Suite 3500
Los Angeles, CA 90017

**SUMMONS IN A CIVIL CASE**

V.

The United States Department of the Army
Serve: Colonel Richard Hatch
U.S. Army Legal Services Agency
Litigation Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1821

CASE

Case: 1:08-cv-00880
Assigned To : Kennedy, Henry H.
Assign. Date : 5/23/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

The United States Department of the Army
Serve: Colonel Richard Hatch
U.S. Army Legal Services Agency
Litigation Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1821

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Foley, Esq.
Christopher J. Aluotto, Esq.
Rendigs, Fry, Kiely & Dennis, LLP
One West Fourth Street, Suite 900
Cincinnati, Ohio 45202

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY 2 3 2008

CLERK                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 23 May 2008 |
| NAME OF SERVER *(PRINT)* Christopher J. Aluotto | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Certified mail executed on 2 June 2008__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __17 June 2008__  __[signature]__
                  Date            Signature of Server

                __1 West 4th Street, Suite 900, Cincinnati, OH  45202__
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The United States Department of the Army
   Serve: Colonel Richard Hatch
   U.S. Army Legal Services Agency
   Litigation Division
   901 N. Stuart Street, Suite 400
   Arlington, VA 22203-1821

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]     ☐ Agent   ☒ Addressee

B. Received by (Printed Name): RICHARD O. HATCH COLONEL U.S. ARMY    C. Date of Delivery: June 2, 2008

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   CHIEF, U.S. ARMY LITIGATION DIVIS[ION]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0000 1092 3453

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE  NO. VA
05 JUN 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Rendigs, Fry, Kiely & Dennis, LLP
1 West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

MPF

EXHIBIT A